```
KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 139459)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100569)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3701
    Telefax:    (510) 637-3724

Attorneys for Plaintiff
```

RECEIVED
UNITED STATES MARSHAL
2006 AUG 11 PM 3:11

FILED
AUG 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
AUG 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEITH RICHARDSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CR No. 4-06-70501 WDB <br><br> MOTION TO DISMISS RULE 5 PROCEEDING AND ~~PROPOSED~~ ORDER |

The United States of America moves the Court pursuant to Fed.R.Crim.P. 48(a) to enter an order dismissing the Rule 5 proceedings in the captioned case. This motion is based upon the August 10, 2006 dismissal by United States Magistrate Judge Craig B. Shaffer, District of Colorado, of the criminal complaint in the related case, *United States v. Keith Dwayne Richardson*, CR No. 06-MG-01162, and the order by the Court to quash the arrest warrant (minute order attached).

KEVIN V. RYAN
United States Attorney

Dated: *August 11, 2006*                     /s/ Stephen G. Corrigan
                                             STEPHEN G. CORRIGAN
                                             Assistant United States Attorney

*CC: WDB's stats, Copy to parties via ECF, 2 certified copies to Marshal, Pretrial*

## ORDER

Good Cause Appearing, IT IS ORDERED that the Rule 5 Proceeding in the captioned case is dismissed, and the U.S. Marshal Service is ordered to release the defendant from federal custody while honoring any detainer that may be in place from another jurisdiction.

DATED: 8/11/06

WAYNE D. BRAZIL
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-01162

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**Keith Dwayne Richardson**

    Defendant.

---

## MINUTE ORDER

| Pursuant to the directions of Magistrate Judge Craig B. Shaffer: | Tracey Lee, Deputy Clerk<br>August 10, 2006 |
|---|---|

   The motion to dismiss the complaint [3] is hereby GRANTED. The arrest warrant will also be quashed per the dismissal of the complaint.